IN RE:  **FILED**  CASE NO. 07-53032-S

ANTHONY MILETTI  2010 AUG 30 PM 3:53  CHAPTER 7
LAURA MILETTI
    Debtors  U.S. BANKRUPTCY COURT  REPORT OF DIVIDEND
    NORTHERN DISTRICT OF OHIO  <u>UNDER FIVE DOLLARS</u>
    AKRON

    Harold A. Corzin, Trustee herein, reports that check #108 in the amount of $4.22 was issued on August 20, 2010 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditor:

                                                                           Amt. of Dividend

Claim #4    Chase Bank USA                    $   4.22
             c o Weinstein and Riley, PS
             P. O. Box 3978
             Seattle, WA   98124-3978

TOTAL:                                                               $   4.22

                                                                   HAROLD A. CORZIN, TRUSTEE
                                                                   304 N. Cleveland-Massillon Rd.
                                                                   Akron, Ohio 44333
                                                                   (330) 670-0770

August 23, 2010

*Ck #108*
*receipt # 81735*